FILED
CLERK, U.S. DISTRICT COURT
APR - 9 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.: CR 09-741-RGK |
| | ) | |
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | [Fed.R.Crim.P. 32.1(a)(6); |
| v. | ) | 18 U.S.C. 3143(a)] |
| | ) | |
| TOM JULIEN TOMASZEWSKI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if

Deten[2].ord

|     |    |                                                                                     |
| --- | -- | ----------------------------------------------------------------------------------- |
| 1   |    | released under 18 U.S.C. § 3142(b) or (c). This finding is                          |
| 2   |    | based on his failure to proffer any evidence to meet his burden                     |
| 3   |    | on this issue;                                                                      |
| 4   |    | and                                                                                 |
| 5   | B. | (X) The defendant has not met his burden of establishing by                         |
| 6   |    | clear and convincing evidence that he is not likely to pose a                       |
| 7   |    | danger to the safety of any other person or the community if                        |
| 8   |    | released under 18 U.S.C. § 3142(b) or (c). This finding is                          |
| 9   |    | based on his failure to proffer any evidence to meet his burden                     |
| 10  |    | on this issue.                                                                      |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: April 9, 2010

*/s/ Margaret A. Nagle*
MARGARET A. NAGLE
United States Magistrate Judge

Deten[2].ord            2